UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Capital Crossing Bank,

    Plaintiff,

vs.

 Robert D. and Linda S. Kars,

    Defendants.
_____/

Case No. 2:06-cv-11778
Judge Feikens
Referral: Judge Capel

SIMMS SHOWERS LLP
J. Stephen Simms
Attorneys for Plaintiff
20 S. Charles Street, Suite 702
Baltimore, MD 21201
(410) 783-5795

WRIGHT PENNING & BEAMER
Dirk A. Beamer P53290
Christopher P. Young P66634
Attorneys for Plaintiff
27655 Middlebelt Road, Suite 170
Farmington Hills, MI 48334
(248) 477-6300
_____/

## NOTICE OF APPEARANCE

To the Clerk:

    Please note the appearance of J. Stephen Simms as lead counsel for plaintiff Capital Crossing Bank ("Capital Crossing").

Dated: June 9, 2006.

/s/ J. Stephen Simms
J. STEPHEN SIMMS

Simms Showers LLP
20 S. Charles Street, Suite 702
Baltimore, Maryland 21201
Phone: (410) 783-5795
Fax: (410) 510-1789

Capital Crossing Counsel

### CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2006 I caused the foregoing Notice of Appearance to be filed on the Court's CM/ECF system for service to all parties and counsel of record.

/s/ J. Stephen Simms